IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 14-CR-00080 |
| Plaintiff, | ) ) | **INFORMATION** |
| vs. | ) ) | Count 1 |
| STEVEN LUMONT BROWN, | ) ) ) | 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1): Copyright Infringement |
| Defendant. | ) ) | |

The United States Attorney charges:

### Count 1
### Copyright Infringement

Between on or about December 18, 2012, and on or about February 26, 2013, in the Northern District of Iowa, defendant STEVEN LUMONT BROWN did willfully and for the purpose of commercial advantage and private financial gain infringe the copyright of one or more copyrighted works, that is, motion pictures and sound recordings that had been released for sale to the public, by reproducing and distributing, during a 180 day period, at least 10 copies or more of the copyrighted works which had a total retail value of more than $2,500. Specifically, the defendant infringed by reproducing and offering for distribution approximately 1,510 copies of copyrighted motion pictures and approximately 492 copies of copyrighted sound recordings, which had a total retail value in excess of $25,000, without the authorization of the copyright holders.

1

This was in violation of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1).

KEVIN W. TECHAU
United States Attorney

By: *[signature]*

ANTHONY MORFITT
Assistant United States Attorney